```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   EASTERN DISTRICT OF CALIFORNIA
 9                          ----oo0oo----
10  UNITED STATES OF AMERICA,
11            Plaintiff,
12  v.                             CR. No. S-99-0269 WBS
13  JESUS SALOMAN-MUNDO,
14            Defendant.
    _____   NOTICE OF RELATED CASES
15
16  UNITED STATES OF AMERICA,
17            Plaintiff,
18  v.                             CR. No. S-07-0501 FCD
19  JESUS SALOMAN-MUNDO,
20            Defendant.
    _____
21
22           Examination of the above-entitled actions reveals that
23  these actions are related within the meaning of Local Rule
24  123(a) (E.D. Cal. 1984).  Both cases involve similar questions
25  of fact and law in that one of the violations alleged in Case
26  No. S-99-0269 is illegal reentry, and illegal entry and illegal
27  reentry under 8 U.S.C. §§ 1325 and 1326 form the basis for the
28  charges alleged in Case No. S-07-0501.  Accordingly, the
```

assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated U.S. v. Jesus Saloman-Mundo, Cr. No. S-99-0269 WBS and U.S. v. Jesus Saloman-Mundo, Cr. No. S-07-0501 FCD should be, and the same hereby are, deemed related and the case denominated U.S. v. Jesus Saloman-Mundo, Cr. No. S-07-0501 FCD shall be reassigned to the Honorable WILLIAM B. SHUBB for all further proceedings. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as U.S. v. Jesus Saloman-Mundo, Cr. No. S-07-0501 WBS.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: November 19, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE