DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS SALOMAN-MUNDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-501 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~PROPOSED~~ ORDER TO |
| v. | ) | CONTINUE STATUS HEARING AND TO |
| | ) | EXCLUDE TIME PURSUANT TO THE |
| | ) | SPEEDY TRIAL ACT |
| JESUS SALOMAN-MUNDO, | ) | |
| | ) | |
| Defendant. | ) | |

_____

    This case is currently scheduled for a status hearing on January 14, 2008.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for January 14, 2008, be continued until February 11, 2008.  In addition, the parties stipulate that the time period from January 14, 2008, to February 11, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

    A proposed order is attached and lodged separately for the court's convenience.

1

1  DATED:January 14, 2008

                       Respectfully submitted,

   McGREGOR W. SCOTT                    DANIEL BRODERICK
   United States Attorney               Federal Defender


    /s/Lexi Negin for Kyle Reardon       /s/ Lexi Negin
   KYLE REARDON                         LEXI NEGIN
   Assistant U.S. Attorney              Assistant Federal Defender
   Attorney for United States           Attorney for Jesus Saloman-Mundo

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-501 WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ~~PROPOSED~~ ORDER CONTINUING STATUS |
| ) | HEARING AND EXCLUDING TIME |
| ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| JESUS SALOMAN-MUNDO, ) | |
| ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on January 14, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for January 14, 2008, be vacated and that the case be set for Monday, February 11, 2008 at 8:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 14, 2008 stipulation, the time under the Speedy Trial Act is excluded from January 14, 2008, through February 11, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: January 11, 2008

/s/ William B. Shubb

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2