DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS SALOMAN-MUNDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-501 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ~~PROPOSED~~ ORDER TO |
| v. ) | CONTINUE STATUS HEARING AND TO |
| ) | EXCLUDE TIME PURSUANT TO THE |
| ) | SPEEDY TRIAL ACT |
| JESUS SALOMAN-MUNDO, ) | |
| ) | |
| Defendant. ) | |

_____

This case is currently scheduled for a status hearing on February 11, 2008. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for February 11, 2008, be continued until April 7, 2008. In addition, the parties stipulate that the time period from February 11, 2008, to April 7, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

1  DATED: February 11, 2008

Respectfully submitted,

McGREGOR W. SCOTT                              DANIEL BRODERICK
United States Attorney                         Federal Defender


 /s/Lexi Negin for Kyle Reardon                 /s/ Lexi Negin
KYLE REARDON                                   LEXI NEGIN
Assistant U.S. Attorney                        Assistant Federal Defender
Attorney for United States                     Attorney for Jesus Saloman-Mundo

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO. CR-S-07-501 WBS |
|                 Plaintiff,        ) | |
|     v.        ) | ~~PROPOSED~~ ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JESUS SALOMAN-MUNDO,        ) | |
|                 Defendant.        ) | |

For the reasons set forth in the stipulation of the parties, filed on February 11, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for February 11, 2008, be vacated and that the case be set for Monday, April 7, 2008 at 8:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 11, 2008 stipulation, the time under the Speedy Trial Act is excluded from February 11, 2008, through April 7, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: February 11, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2