1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JESUS SALOMAN-MUNDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-501 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~PROPOSED~~ ORDER TO |
| v. | ) | CONTINUE STATUS HEARING AND TO |
| | ) | EXCLUDE TIME PURSUANT TO THE |
| | ) | SPEEDY TRIAL ACT |
| JESUS SALOMAN-MUNDO, | ) | |
| | ) | |
| Defendant. | ) | |

_____

     This case is currently scheduled for a status hearing on April 7, 2008.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

     The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for April 7, 2008, be continued until April 14, 2008.  In addition, the parties stipulate that the time period from April 7, 2008, to April 14, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

     A proposed order is attached and lodged separately for the court's convenience.

1

1 | DATED: April 7, 2008

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

 /s/Lexi Negin for Kyle Reardon          /s/ Lexi Negin
KYLE REARDON                              LEXI NEGIN
Assistant U.S. Attorney                   Assistant Federal Defender
Attorney for United States                Attorney for Jesus Saloman-Mundo

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO. CR-S-07-501 WBS |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | ~~PROPOSED~~ ORDER CONTINUING STATUS |
| ) | HEARING AND EXCLUDING TIME |
| ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| JESUS SALOMAN-MUNDO,   ) | |
| ) | |
| Defendant.   ) | |

_____

For the reasons set forth in the stipulation of the parties, filed on April 7, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for April 7, 2008, be vacated and that the case be set for Monday, April 14, 2008 at 8:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 7, 2008 stipulation, the time under the Speedy Trial Act is excluded from April 7, 2008, through April 14, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to povide defense counsel with the reasonable time to prepare.

Dated:   April 7, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2